JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>  Plaintiff,<br><br>v.<br><br>SHAHIN HALAVI, in individual and representative capacity as trustee of The Halavi Family Trust, Dated February 13, 1992 (Trust B); ANTONIO MARTINEZ,<br><br>  Defendants. | Case No. CV 21-00478 AB (Ex)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT has been advised by counsel that this action has been settled.

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: March 12, 2021

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.